# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEANDRE RONEY, | ) |
| Petitioner, | ) |
| v. | ) 2:10-cv-01493-RBP-JEO |
| GARY HETZEL, WARDEN, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

Deandre Roney ("the petitioner"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge assigned this case filed his report and recommendation on November 8, 2011, recommending that the petition for writ of habeas corpus be dismissed with prejudice. (Doc. 11). The petitioner filed his objections on November 28, 2011. (Doc. 13).

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this the 29th day of March, 2012.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**